A09A1105. WILLIAMS v. THE STATE.
(705 SE2d 726)

SMITH, Presiding Judge.

In *Williams v. State*, 288 Ga. 7 (700 SE2d 564) (2010), the Supreme Court reversed the judgment of this court in *Williams v.*

*State*, 300 Ga. App. 305 (684 SE2d 430) (2009). We therefore vacate our earlier opinion and adopt the judgment of the Supreme Court as the opinion of this court.

*Judgment reversed. Phipps, P. J., and Dillard, J., concur.*

DECIDED JANUARY 26, 2011.

*Danielle P. Roberts, Tony L. Axam*, for appellant.

*Richard A. Mallard, District Attorney, Michael T. Muldrew, Keith A. McIntyre, Assistant District Attorneys*, for appellee.